UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>WEN-BING SOONG,<br><br>    Respondent.<br>_____/<br>UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>HSIN-JUNG SHIRLEY SOONG,<br><br>    Respondent.<br>_____/ | No. C-13-4088 EMC<br><br>**RELATED TO**<br><br>No. C-13-4089 EMC<br><br>**ORDER TO SHOW CAUSE** |

Petitioner has filed verified petitions, asking the Court to enforce the IRS summonses served on Respondents Wen-Bing Soong and Hsin-Jung Shirley Soong. Having reviewed the petitions, this Court hereby orders Respondents to show cause why the IRS summonses should not be enforced.

Petitioner shall serve a copy of this order to show cause, along with the verified petitions and supporting papers, on Respondents no later than October 3, 2013. Service shall comply with Federal Rule of Civil Procedure 4. Respondents shall have until October 24, 2013, to file a response to this order to show cause.

///

///

1 The parties shall appear before the Court for a hearing on this matter on November 7, 2013,
2 at 1:30 p.m., Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,
3 California 94102.

5 IT IS SO ORDERED.

7 Dated: September 24, 2013

EDWARD M. CHEN
United States District Judge