UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>WEN-BING SOONG,<br><br>    Respondent.<br>_____/<br>UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>HSIN-JUNG SHIRLEY SOONG,<br><br>    Respondent.<br>_____/ | No. C-13-4088 EMC<br><br>**RELATED TO**<br><br>No. C-13-4089 EMC<br><br>**ORDER RESCHEDULING HEARING ON ORDER TO SHOW CAUSE** |

Previously, this Court issued an order to show, which it directed Petitioner to serve on Respondents by October 3, 2013. Because no proof of service was filed reflecting service as ordered by the Court, the Court contacted Petitioner to determine whether service of process had been effected. Petitioner represented that it had not.

Accordingly, the Court hereby **VACATES** the November 7, 2013, hearing on the order to show cause and reschedules the hearing for **December 19, 2013**, at 1:30 p.m. In addition, the Court orders Petitioner to serve the following documents on Respondents by November 7, 2013: (1) the verified petitions and supporting papers; (2) the order to show cause (dated September 24, 2013); (3) and this order. Service shall comply with Federal Rule of Civil Procedure 4. Petitioner shall file

proofs of service by November 12, 2013. Respondents shall have until **December 5, 2013**, to file a response to the Court's order to show cause.

The parties shall appear before the Court for a hearing on the order to show cause on December 19, 2013, at 1:30 p.m., Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: October 23, 2013

_____
EDWARD M. CHEN
United States District Judge