UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Petitioner,<br><br>    v.<br><br>WEN-BING SOONG,<br><br>        Respondent.<br>_____/<br>UNITED STATES OF AMERICA,<br><br>        Petitioner,<br><br>    v.<br><br>HSIN-JUNG SHIRLEY SOONG,<br><br>        Respondent.<br>_____/ | No. C-13-4088 EMC<br><br>**RELATED TO**<br><br>No. C-13-4089 EMC<br><br>**ORDER VACATING HEARING ON ORDER TO SHOW CAUSE** |

Previously, the Court issued an order to show cause ("OSC") and set a hearing on the OSC for December 19, 2013. A response to the OSC was to be filed by December 5, 2013. Neither Respondent filed a response to the OSC. However, on December 16, 2013, each Respondent filed a motion, asserting that dismissal of the cases is warranted based on insufficient service of process. *See* Fed. R. Civ. P. 12(b)(5).

///

///

///

///

In light of the motions to dismiss, the Court hereby **VACATES** the December 19 hearing on the OSC. The Court shall hear Respondents' motions to dismiss, as well as the hearing on the OSC on January 23, 2014 at 1:30 p.m. Respondent may file a substantive response to the OSC no later than January 9, 2014. Briefing on Respondents' motion to dismiss shall be pursuant to local rules.

IT IS SO ORDERED.

Dated: December 17, 2013

_____
EDWARD M. CHEN
United States District Judge