UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>WEN-BING SOONG,<br><br>    Respondent. | Case No. 13-cv-04088-EMC<br><br>Case No. 13-cv-04089-EMC<br><br>**ORDER DENYING JOINT MOTION TO VACATE THE COURT'S JUNE 20, 2017 ORDER**<br><br>Docket No. 91 (C-13-4088) |
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>HSIN-JUNG SHIRLEY SOONG,<br><br>    Respondent. | Docket No. 87 (C-13-4089) |

The parties move jointly to request the Court vacate its June 20, 2017 order declining to reduce the civil contempt fines against Defendants to judgment. The Court declines to exercise its discretion to vacate the order. The motion is **DENIED**.

This order disposes of Docket No. 91 in C-13-4088 and Docket No. 87 in C-13-4089.

**IT IS SO ORDERED**.

Dated: June 5, 2018

_____
EDWARD M. CHEN
United States District Judge